UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

425 Marcy Avenue LLC,                              Chapter 11
                                                    Case No:              Debtor.

## DEBTOR CORPORATE OWNERSHIP STATEMENT

      There are no corporations whose securities are publicly traded in which 425 Marcy Avenue LLC, directly or indirectly owns 10% or more of any class of the corporation's equity interests, or any general or limited partnership or joint venture in which 425 Marcy Avenue LLC owns an interest.

Dated: Brooklyn, New York
       January 16, 2023

                            425 Marcy Avenue LLC

                            By:    */s/ Aron Lebovits*
                                   Aron Lebovits