# CORPORATE RESOLUTION OF
## 425 MARCY AVENUE LLC

WHEREAS, 425 Marcy Avenue LLC (the "LLC"), a New York Domestic Business Corporation, does hereby certify that the following resolutions were adopted by the Company, and they have not been modified or rescinded and are still in full force and effect as of this date:

RESOLVED, that, in the judgment of the LLC, it is desirable and in the best interest of the LLC, its creditors, and other interested parties that the Company file a voluntary petition seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that the LLC is hereby authorized to file a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York (the "Petition").

RESOLVED that the LLC is hereby authorized to retain the Law Office of Rachel S. Blumenfeld PLLC as attorneys for the LLC.

RESOLVED that the LLC, and any other person designated and authorized to act by the LLC, are hereby authorized and directed to execute and deliver such other and further certificates and additional documents, and to take such other steps and do such other acts and things, as in their judgment may be necessary, appropriate, or desirable, in order to carry out the terms, provisions and intent of the Petition.

RESOLVED, that any acts of the LLC, and any other person designated and authorized to act by the LLC, which would have been authorized by the foregoing resolutions but for the fact that such acts were taken prior to the adoption of such resolutions, are hereby ratified, confirmed, approved, and adopted as acts in the name and on behalf of the Company.

Dated: January 16, 2023                     425 Marcy Avenue LLC

                                                By:    _/s/ Aron Lebovits_
                                                       Aron Lebovits