# Notice Recipients

District/Off: 0207−1                 User: admin                    Date Created: 1/18/2023

Case: 1−23−40118−ess                 Form ID: 245                   Total: 9

**Recipients of Notice of Electronic Filing:**
aty          Rachel S. Blumenfeld          rachel@blumenfeldbankruptcy.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           425 Marcy Avenue LLC          81 Maple Avenue          Woodridge, NY 12789
smg          United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave. NW          Washington, DC 20220
smg          NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg          NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
10146915     DW Marcy LLC          590 Madison Avenue          13th Floor          Attn: Houdin Honarvar          New York, NY 10022

TOTAL: 8