UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                                                    Chapter 11

425 Marcy Avenue LLC,                                              Case no: 1-23-40118-ess

            Debtor.

-------------------------------------------------------------X

## BINYOMIN LEBOVITS LAR DAN AFFIDAVIT

Binyomin Lebovits, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 425 Marcy Avenue LLC, (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. Binyomin Lebovits provided the $14,000 fee (plus the $300 credit card processing fee) as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to Binyomin Lebovits. Binyomin Lebovits does not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. Binyomin Lebovits hereby waives any claim it may have against the Debtor for these funds paid to retain counsel.

Dated: Brooklyn, New York
        January 24, 2023

                                          _____
                                          Binyomin Lebovits

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                    Chapter 11

425 Marcy Avenue LLC,                    Case no: 1-23-40118-ess

        Debtor.

_____X

## JUDY LEBOVITS LAR DAN AFFIDAVIT

Judy Lebovits, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 425 Marcy Avenue LLC, (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. Judy Lebovits provided the $2,238.00 fee as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to Judy Lebovits. Judy Lebovits does not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. Judy Lebovits hereby waives any claim it may have against the Debtor for these funds paid to retain counsel.

Dated: Brooklyn, New York
       January 24, 2023

                                         _____
                                         Judy Lebovits

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                              Chapter 11

425 Marcy Avenue LLC,                               Case no: 1-23-40118-ess

        Debtor.

_____X

## SARAH LEBOVITS LAR DAN AFFIDAVIT

Sarah Lebovits, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 425 Marcy Avenue LLC, (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. Sarah Lebovits provided the $3,500 fee as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to Sarah Lebovits. Sarah Lebovits does not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. Sarah Lebovits hereby waives any claim it may have against the Debtor for these funds paid to retain counsel.

Dated: Brooklyn, New York
       January 24, 2023

                                                     _____
                                                     Sarah Lebovits

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                              Chapter 11

425 Marcy Avenue LLC,                               Case no: 1-23-40118-ess

                Debtor.
-------------------------------------------------------------X

## CONGREGATION BEIN NUSEN LAR DAN AFFIDAVIT

__NATHAN KAUFMAN__, as 100% owner of Congregation Beis Nusen, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 425 Marcy Avenue LLC, (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. Congregation Beis Nusen provided the $5,000 fee as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to Congregation Beis Nusen. Congregation Beis Nusen does not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. Congregation Beis Nusen hereby waives any claim it may have against the Debtor for these funds paid to retain counsel.

Dated: Brooklyn, New York
        January 24, 2023

                                                    _____
                                                    Congregation Beis Nusen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                    Chapter 11

425 Marcy Avenue LLC,                                     Case no: 1-23-40118-ess

        Debtor.
----------------------------------------------------------X

## FRADEL LEBOVITS LAR DAN AFFIDAVIT

Fradel Lebovits, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of 425 Marcy Avenue LLC, (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. Fradel Lebovits provided the $2,000 fee as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to Fradel Lebovits. Fradel Lebovits does not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. Fradel Lebovits hereby waives any claim it may have against the Debtor for these funds paid to retain counsel.

Dated: Brooklyn, New York
       January 24, 2023

                                                                    Fradel Lebovits