**Rachel S. Blumenfeld**
**Attorney at Law**
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rachel@blumenfeldbankruptcy.com

May 3, 2023

<u>FILED ON ECF ONLY</u>

**Re:**     <u>**425 Marcy Avenue, Chapter 11 Case Number: 1-23-40118-ess**</u>

To Whom it May Concern,

      Please be advised that all matters on the Court calendar for May 4, 2023 are **<u>AD-JOURNED on consent to July 6, 2023.</u>**

      Respectfully,

      */s/ Rachel Blumenfeld*

      Rachel Blumenfeld