# Rachel S. Blumenfeld
## Attorney at Law
26 Court Street, Suite 2220 • Brooklyn, New York  11242
718.858.9600 • rachel@blumenfeldbankruptcy.com

July 7, 2023

FILED ON ECF ONLY

**Re:     425 Marcy Avenue, chapter 11 case number 1-23-40118-ESS**

To Whom it May Concern,

Please be advised that all matters in the above referenced case have been ADJOURNED to September 14, 2023 at 10:30 a.m.  Please don't hesitate to contact the undersigned with any questions or concerns.

Respectfully,

*/s/ Rachel Blumenfeld*

Rachel Blumenfeld