

Jerold C. Feuerstein, Esq.
(212) 661-2900
jfeuerstein@kandfllp.com

September 11, 2023

*Via ECF*
Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, E.D.N.Y.
Conrad B. Duberstein, U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

    **Re:**   **In Re: 425 Marcy Avenue, LLC**
           *BK Case No. 23-40118-ess*

Dear Judge Stong:

    This firm is counsel to DW Marcy, LLC, a secured creditor and mortgagee of the Debtor, 425 Marcy Avenue LLC in the above-referenced case.

    Please allow this letter to confirm that all matters have been adjourned on consent from September 14, 2023, at 10:30 a.m. to October 27, 2023, at 10:30 a.m.

    Should you require anything further, please do not hesitate to contact the undersigned.

                          Respectfully,

                          */s/Jerold C. Feuerstein, Esq.*
                        Jerold C. Feuerstein, Esq.

                        *Counsel to DW Marcy, LLC*

CC:    All parties via ECF