# EXHIBIT "A"



Avrum Rosen <arosen@ajrlawny.com>

# Re: 425 Marcy Avenue 1-23-40118-ess
1 message

**Rachel Blumenfeld** <rachel@blumenfeldbankruptcy.com>   Thu, Dec 14, 2023 at 10:17 AM
To: arosen@ajrlawny.com
Cc: "Chiu, Conrad K." <CChiu@pryorcashman.com>, Ezra Unger <ezra@jnycapital.com>, "United States Trustee, SDNY" <Jeremy.S.Sussman@usdoj.gov>

> I am working on it
>
> On Thu, Dec 14, 2023 at 9:57 AM Avrum Rosen <arosen@ajrlawny.com> wrote:
>> Rachel,
>>
>> Please take care of this request.
>>
>> Thank you.
>>
>> Avrum J. Rosen, Esq.
>>
>> martindale-hubbel-distinguished
>> martindale-hubbel-preeminent
>> The Law Offices of Avrum J. Rosen, PLLC
>> 38 New Street
>> Huntington, New York 11743
>> Phone: 631-423-8527
>> Fax 631-423-4536
>> arosen@ajrlawny.com
>> **ajrlawny.com**
>>
>>
>> On Wed, Dec 13, 2023 at 3:34 PM Avrum Rosen <arosen@ajrlawny.com> wrote:
>>> Dear Rachel:
>>>
>>> I have still not received the latest bank statement. Please also send me all the MORS in their original form, not as pdf,s so I can amend them and please also send me the UST Bill so we can pay it.. I need to get all of this done tomorrow, so please get it to me today or first thing in the morning,
>>>
>>> Thank you.
>>>
>>> Avrum J. Rosen, Esq.
>>>
>>> martindale-hubbel-distinguished
>>> martindale-hubbel-preeminent
>>> The Law Offices of Avrum J. Rosen, PLLC
>>> 38 New Street
>>> Huntington, New York 11743
>>> Phone: 631-423-8527
>>> Fax 631-423-4536
>>> arosen@ajrlawny.com
>>> **ajrlawny.com**
>>>
>>>
>>> On Tue, Dec 5, 2023 at 10:05 PM Rachel Blumenfeld <rachel@blumenfeldbankruptcy.com> wrote:
>>>> I need to get that one.
>>>>
>>>> On Tue, Dec 5, 2023 at 9:45 PM Avrum Rosen <arosen@ajrlawny.com> wrote:
>>>>> Including the current one that will be due?
>>>>>
>>>>> Thank you.

Avrum J. Rosen, Esq.

martindale-hubbel-distinguished
martindale-hubbel-preeminent
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536
arosen@ajrlawny.com
ajrlawny.com

On Tue, Dec 5, 2023 at 9:40 PM Rachel Blumenfeld <rachel@blumenfeldbankruptcy.com> wrote:
> Avrum, they are all on the docket.
>
> Best,
>
> Rachel
> **Law Office of Rachel S. Blumenfeld PLLC**
> **26 Court Street, Suite 2220**
> **Brooklyn, New York 11242**
> **Tel. 718.858.9600**
> www.blumenfeldbankruptcy.com

On Tue, Dec 5, 2023 at 9:38 PM Avrum Rosen <arosen@ajrlawny.com> wrote:
> Dear Rachel:
>
> I believe at the last hearing I requested that you send me the dip bankstatements so that I could supplement the MOR's. Please get them to me tomorrow.
>
> Thank you.
>
> Avrum J. Rosen, Esq.
>
> martindale-hubbel-distinguished
> martindale-hubbel-preeminent
> The Law Offices of Avrum J. Rosen, PLLC
> 38 New Street
> Huntington, New York 11743
> Phone: 631-423-8527
> Fax 631-423-4536
> arosen@ajrlawny.com
> ajrlawny.com