25 CALVERT LLC
4013 13TH AVE
BROOKLYN, NY 11218-3501

3652

1-2/210

DATE 12/14/2023

PAY TO THE ORDER OF US Trustee    $ 250 xx/xx

Two hundred and fifty dollars    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Case # 071-23-40118

⑀021000021⑀