# EXHIBIT "C"

LGOTTLIEB

 **EVIDENCE OF COMMERCIAL PROPERTY INSURANCE**

| DATE (MM/DD/YYYY) |
|---|
| 9/15/2022 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): **(718) 689-5600** | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| Stellar Insurance Brokerage Inc<br>1273 46th St Suite 107<br>Brooklyn, NY 11219<br><br>Contact name: | | Landmark American Insurance Company | |

| FAX (A/C, No): **(718) 689-5601** | E-MAIL ADDRESS: **info@stellarib.com** | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
|---|---|---|

| CODE: | SUB CODE: | POLICY TYPE |
|---|---|---|
| AGENCY CUSTOMER ID #: **425MARC-01** | | **Commercial Property** |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| **425 Marcy Ave LLC**<br>**4013 13th Ave 2nd Floor**<br>**Brooklyn, NY 11218** | | | LHD927054 |
| | EFFECTIVE DATE | EXPIRATION DATE | |
| | **9/15/2022** | **9/15/2023** | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: **03/21/2022** | | |

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION
Loc # 1, Bldg # 1, 415-425 Marcy Ave, Brooklyn, NY 11216, Vacant Building

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | | BROAD | **X** SPECIAL |
|---|---|---|---|---|---|

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: **$ 12,208,922**          DED: **25,000**

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☐ BUSINESS INCOME    ☐ RENTAL VALUE | | | X | IF YES, LIMIT:                     Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | X | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | | X | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | X | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT:                                DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | X | | |
| COINSURANCE | | X | | If YES,          % |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT:                                DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT:                                DED: |
| - Demolition Costs | | X | | If YES, LIMIT:                                DED: |
| - Incr. Cost of Construction | | X | | If YES, LIMIT:                                DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT:                                DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT:                                DED: |
| WIND / HAIL INCL    ☐ YES    ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT:                                DED: |
| NAMED STORM INCL    ☐ YES    ☐ NO  Subject to Different Provisions: | | | | If YES, LIMIT:                                DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| | CONTRACT OF SALE | LENDER'S LOSS PAYABLE | **X** LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|---|
| **X** | MORTGAGEE | | | |

| NAME AND ADDRESS | |
|---|---|
| **DW Commercial Real Estate, LLC, ISAOA**<br>**590 Madison Avenue, 13th Floor**<br>**New York, NY 10022** | AUTHORIZED REPRESENTATIVE *[signature]* |

ACORD 28 (2016/03)                    © 2003-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page **1** of **1**

| AGENCY | | NAMED INSURED |
| --- | --- | --- |
| Stellar Insurance Brokerage Inc | | 425 Marcy Ave LLC<br>4013 13th Ave 2nd Floor<br>Brooklyn, NY 11218 |
| **POLICY NUMBER** | | |
| LHD927054 | | |
| CARRIER | NAIC CODE | |
| Landmark American Insurance Company | | EFFECTIVE DATE: 09/15/2022 |

### ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER:  ACORD 28   FORM TITLE: EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

Special Conditions:
$12,208,922 scheduled as follows:
Building - $11,158,922
Business Personal Property - $1,050,000

Warrants:
Video Surveillance monitored by Central Station. Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

All pipes are fully drained or heat is continuously maintained above 55 degrees Fahrenheit during the entirety of the policy period. Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Water Damage

All doors and windows are locked and secured or boarded. Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

© 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

425MARC-01    MWERTZBERGER

DATE (MM/DD/YYYY)
7/12/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Stellar Insurance Brokerage Inc 4013 13th Ave Suite 301 Brooklyn, NY 11218 | PHONE (A/C, No, Ext): (718) 689-5600 | | FAX (A/C, No): (718) 689-5601 |
| | E-MAIL ADDRESS: info@stellarib.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Northfield Insurance Company | | |
| INSURED | INSURER B : Nautilus Insurance Company | | |
| 425 Marcy Ave LLC 4013 13th Ave 2nd Floor Brooklyn, NY 11218 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | WS520938 | 7/6/2022 | 7/6/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | UMBRELLA LIAB X OCCUR | | | | | | EACH OCCURRENCE | $ 5,000,000 |
| | X EXCESS LIAB CLAIMS-MADE | X | | AN1264212 | 7/6/2022 | 7/6/2023 | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Certificate holder is listed as an additional insured. Lender & Loss Payee
30 days Notice of cancellation will be issued
Waiver of Subrogation and primary wording exists

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| DW Commercial Real Estate, LLC, ISAOA 590 Madison Avenue, 13th Floor New York, NY 10022 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



Stellar Insurance Brokerage, Inc.
4013 13th Ave  Suite 301
Brooklyn, NY  11218
Phone: (718) 689-5600
Fax: (718) 689-5601

| Receipt For Payment # | 2 |
|---|---|
| Account Number | Date |
| 425MARC-01 | 3/15/2023 |
| Commercial General Liability | |
| Policy Number | |
| WS520938 | |
| Effective Date | Expiration Date |
| 7/6/2022 | 7/6/2023 |
| Company | |
| RT Specialty, LLC - New York | |
| Amount Received: | $33,698.47 |

**Received By:**    Leah Gottlieb

**Received From:**    425 Marcy Ave LLC
4013 13th Ave 2nd Floor
Brooklyn, NY 11218

This is to certify that we received payment from the above listed insured in the amount of $33,698.47

# EXHIBIT "D"

LGOTTLIEB



# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY)
11/30/2023

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS  PHONE (A/C, No, Ext): **(718) 689-5600** | COMPANY NAME AND ADDRESS | NAIC NO: **33138** |
|---|---|---|
| Stellar Insurance Brokerage Inc<br>1273 46th St Suite 107<br>Brooklyn, NY 11219<br><br>Contact name: Leah Gottlieb | Landmark American Insurance Company | |
| FAX (A/C, No): **(718) 689-5601**    E-MAIL ADDRESS: **info@stellarib.com** | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| CODE:                    SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: **425MARC-01** | **Commercial Property** | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| **425 Marcy Ave LLC**<br>**4013 13th Ave 2nd Floor**<br>**Brooklyn, NY 11218** | | | **LHD927054** |
| | EFFECTIVE DATE<br>**9/15/2023** | EXPIRATION DATE<br>**9/15/2024** | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION
Loc # 1, Bldg # 1, 415-425 Marcy Ave, Brooklyn, NY 11216, Vacant Building

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | | BROAD | **X** | SPECIAL | | |
|---|---|---|---|---|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: | | $ **12,208,922** | | | | DED: **25,000** | | |

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| ☐ BUSINESS INCOME    ☐ RENTAL VALUE | | | X | IF YES, LIMIT: | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | | X | If YES, indicate value(s) reported on property identified above: $ | |
| TERRORISM COVERAGE | | | X | Attach Disclosure Notice / DEC | |
|   IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | | |
|   IS DOMESTIC TERRORISM EXCLUDED? | | | X | | |
| LIMITED FUNGUS COVERAGE | | | X | If YES, LIMIT: | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | | | X | | |
| COINSURANCE | | | X | If YES,         % | |
| EQUIPMENT BREAKDOWN (If Applicable) | | | X | If YES, LIMIT: | DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | | X | If YES, LIMIT: | DED: |
|   - Demolition Costs | | | X | If YES, LIMIT: | DED: |
|   - Incr. Cost of Construction | | | X | If YES, LIMIT: | DED: |
| EARTH MOVEMENT (If Applicable) | | | X | If YES, LIMIT: | DED: |
| FLOOD (If Applicable) | | | X | If YES, LIMIT: | DED: |
| WIND / HAIL INCL    ☒ YES ☐ NO Subject to Different Provisions: | | | X | If YES, LIMIT: | DED: |
| NAMED STORM INCL   ☒ YES ☐ NO Subject to Different Provisions: | | | X | If YES, LIMIT: | DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| | CONTRACT OF SALE | LENDER'S LOSS PAYABLE | **X** | LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|---|---|
| **X** | MORTGAGEE | | | | |

NAME AND ADDRESS

**DW Commercial Real Estate, LLC, ISAOA**
**590 Madison Avenue, 13th Floor**
**New York, NY 10022**

AUTHORIZED REPRESENTATIVE *[signature]*

ACORD 28 (2016/03) © 2003-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

*p*

**ACORD**®

# ADDITIONAL REMARKS SCHEDULE

Page __1__ of __1__

| AGENCY | NAMED INSURED |
|---|---|
| Stellar Insurance Brokerage Inc | 425 Marcy Ave LLC |
| **POLICY NUMBER** | 4013 13th Ave 2nd Floor |
| LHD927054 | Brooklyn, NY 11218 |

| CARRIER | NAIC CODE | |
|---|---|---|
| Landmark American Insurance Company | 33138 | **EFFECTIVE DATE:** 09/15/2023 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: __ACORD 28__  FORM TITLE: EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

Special Conditions:
$12,208,922 scheduled as follows:
Building - $11,158,922
Business Personal Property - $1,050,000

Warrants:
Video Surveillance monitored by Central Station.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

All pipes are fully drained or heat is continuously maintained above 55 degrees Fahrenheit during the entirety of the policy period.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Water Damage

All doors and windows are locked and secured or boarded.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



Stellar Insurance Brokerage, Inc.
1273 46th St Suite 107
Brooklyn, NY 11219
Phone: (718) 689-5600
Fax: (718) 689-5601

**Received By:**     Leah Gottlieb

**Received From:**   **425 Marcy Ave LLC**
**4013 13th Ave 2nd Floor**
**Brooklyn, NY 11218**

| Receipt For Payment # | 7 |
|---|---|
| Account Number | Date |
| 425MARC-01 | 11/30/2023 |
| Commercial Property | |
| Policy Number | |
| LHD927054 | |
| Effective Date | Expiration Date |
| 9/15/2023 | 9/15/2024 |
| Company | |
| Landmark American Insurance Company | |
| Amount Received: | $121,312.50 |

This is to certify that we received payment from the above listed insured in the amount of $121,312.50

# EXHIBIT "E"

| Date | | Amount Billed | Amount Paid |
|---|---|---|---|
| 1/20/2023 | Morrison Cohen | $ 1,459.25 | |
| 1/27/2023 | Isaac Nutovic | $ 10,000.00 | $ 10,000.00 |
| 1/30/2023 | Empire Fire Solutions | $ 277.48 | |
| 2/16/2023 | Morrison Cohen | $ 4,759.53 | |
| 3/8/2023 | Avrum J Rosen | $ 25,000.00 | $ 25,000.00 |
| 3/28/2023 | Cullen & Dykman LLP | $ 5,000.00 | $ 5,000.00 |
| 6/23/2023 | NYC | Access Required | |
| 8/19/2023 | Property Tax Bill | $ 490,728.38 | |
| 9/15/2023 | Renew Property Insurance | $ 121,312.50 | $ 121,312.50 |
| 10/10/2023 | Avrum J Rosen | $ 11,000.00 | $ 11,000.00 |
| 11/8/2023 | Cullen & Dykman LLP | $ 2,211.99 | $ 2,211.99 |

# EXHIBIT "F"

Wire activity - chase.com

# CHASE ⬡

## Printed from Chase Personal Online

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Mar 28, 2023 | **Pending** | Cullen and Dykman LLP | 8006761216 | $5,000.00 | $5,000.00 USD |

| | |
|---|---|
| Wire to | Cullen and Dykman LLP (.. ▮▮▮▮) |
| Wire from | TOTAL CHECKING (. ▮▮▮▮) |
| Amount | $5,000.00 USD (U.S. Dollar) |
| Wire fee | $25.00 USD (U.S. Dollar) |
| Total | $5,025.00 USD (U.S. Dollar) |
| Wire date | Mar 28, 2023 |
| Status | Pending |
| Status date | Mar 27, 2023 |
| Reference number | Not applicable |
| Transaction number | 8006761216 |
| Message to recipient | 425 Marcy Ave. LLC |
| Message to recipient bank | None |
| Memo | None |

Wire activity - chase.com



### Printed from Chase Personal Online

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|-----------|--------|---------|--------------------|-----------------|--------|
| Mar 28, 2023 | Pending | Cullen and Dykman LLP | 8006761216 | $5,000.00 | $5,000.00 USD |

| | |
|---:|:---|
| Wire to | Cullen and Dykman LLP (.. ▮▮▮▮) |
| Wire from | TOTAL CHECKING (. ▮▮▮▮) |
| Amount | $5,000.00 USD (U.S. Dollar) |
| Wire fee | $25.00 USD (U.S. Dollar) |
| Total | $5,025.00 USD (U.S. Dollar) |
| Wire date | Mar 28, 2023 |
| Status | Pending |
| Status date | Mar 27, 2023 |
| Reference number | Not applicable |
| Transaction number | 8006761216 |
| Message to recipient | 425 Marcy Ave. LLC |
| Message to recipient bank | None |
| Memo | None |

Wire activity - chase.com

# CHASE ⬡ for BUSINESS°
## Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|-----------|--------|---------|-------------------|-----------------|--------|
| Jan 27, 2023 | Completed | Isaac nutovic | 8004223883 | $10,000.00 | $10,000.00 USD |

| | |
|---|---|
| Wire to | Isaac nutovic (.. █████ ) |
| Wire from | PLAT BUS CHECKING (. █████ ) |
| Amount | $10,000.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $10,000.00 USD (U.S. Dollar) |
| Wire date | Jan 27, 2023 |
| Status | Completed |
| Status date | Jan 27, 2023 |
| Reference number | 3168863027ES |
| Transaction number | 8004223883 |
| Message to recipient | None |
| Message to recipient bank | None |
| Memo | retainer for 415 marcy |
| Submitted by | Administrator |
| Submitted by date and timestamp | 01/27/2023 08:27:56 AM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 01/27/2023 08:40:44 AM ET |

Wire activity - chase.com

# CHASE ● *for* BUSINESS·
### Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Nov 8, 2023 | Completed | Cullen And Dykman LLP | 12000891456 | $2,211.99 | $2,211.99 USD |

| | |
|---|---|
| Wire to | Cullen And Dykman LLP (. ███) |
| Wire from | PLAT BUS CHECKING (. ███) |
| Amount | $2,211.99 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $2,211.99 USD (U.S. Dollar) |
| Wire date | Nov 8, 2023 |
| Status | Completed |
| Status date | Nov 8, 2023 |
| Reference number | 3500583312ES |
| Transaction number | 12000891456 |
| Message to recipient | 425 Marcy Ave LLC |
| Message to recipient bank | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 11/08/2023 04:02:15 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 11/08/2023 04:39:25 PM ET |

Wire activity - chase.com

# CHASE ◯ *for* BUSINESS.

### Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Oct 10, 2023 | Completed | avrum rosen | 8015622344 | $11,000.00 | $11,000.00 USD |

| | |
|---|---|
| Wire to | avrum rosen (⬛⬛) |
| Wire from | PLAT BUS CHECKING (...⬛⬛) |
| Amount | $11,000.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $11,000.00 USD (U.S. Dollar) |
| Wire date | Oct 10, 2023 |
| Status | Completed |
| Status date | Oct 10, 2023 |
| Reference number | 1010B1QGC05C002881 |
| Transaction number | 8015622344 |
| Message to recipient | 415 marcy ave |
| Message to recipient bank | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 10/09/2023 10:44:41 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 10/10/2023 06:06:12 AM ET |

 SIGNATURE BANK▪

# Wire Confirmation

**The wire transfer request below has been transmitted successfully.**

Transmitted:                03/08/2023 11:31:29 am (ET)

Transmitted By:          JLEIFER

| Account | Template Name | Recipient Name | Amount | Currency | Effective Date | Confirmation Number | Approval Status |
|---------|---------------|----------------|--------|----------|----------------|---------------------|-----------------|
| SUPREME EQUITIES LLC - ▮▮▮▮ | Avrum J Rosen IOLA Account | Avrum J.Rosen, IOLA Account | 25,000.00 | USD | 03/08/2023 | 3320825329 | 1 of 1 received |

# EXHIBIT "G"

# EXHIBIT "H"



**NYC**
Department of Finance

# Property Tax Bill
## Quarterly Statement
Activity through August 19, 2023



**Owner name:** 425 MARCY AVENUE LLC
**Property address:** 415 MARCY AVE.
**Borough, block & lot:** BROOKLYN (3), 02245, 0005

**Mailing address:**

425 MARCY AVENUE LLC
4013 13TH AVE.
BROOKLYN NY 11218-3501

| | |
|---|---|
| Outstanding Charges | $490,728.38 |
| New Charges | $0.00 |
| **Amount Due** | **$490,728.38** |

*Please pay by October 2, 2023*





Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck



NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

PTS - LD
1400.01 - S2
40 - 1 - 2
52432

**PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON**

**Borough: 3    Block: 02245    Lot: 0005**

**Pay Today The Easy Way**
**nyc.gov/payonline**



**NYC**
Department of Finance

Statement of Account
66 John Street
Room 104 Mailroom
New York, NY 10038

**ELECTRONIC SERVICE REQUESTED**

**Amount Due:**              **$490,728.38**
*If you have a mortgage, see the Account Overview on page 2.*

#890327823081901#
## J8667-6.13-LW10-0030281 P002 T00076 ********SCH 5-DIGIT 11218
425 MARCY AVENUE LLC
4013 13TH AVE.
BROOKLYN, NY 11218-3501

**Amount Enclosed:**

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680



8903278230819 01 3022450005 0000049072838 0000000556600 2310003312024800



**fire solutions**

1361 40th Street, Brooklyn, NY 11218

718.395.7060

# Invoice

| Date | Invoice # |
| --- | --- |
| 1/30/2023 | 12580 |

| Bill To: |
| --- |
| 425 Marcy LLC |

| Service Location: |
| --- |
| 425 Marcy Avenue<br>Brooklyn, NY 11206 |

P.O. Number

| Quantity | Description | Price Each | Amount |
| --- | --- | --- | --- |
|  | Service Call Charge | 85.99 | 85.99T |
| 13 | Inspection Tag Renewal- FDNY Fee included | 12.99 | 168.87T |

We appriciate your business,

Please remit payment to:
Empire Fire Solutions Inc.
1361 40th Street
Brooklyn NY 11218

Please note: To maintain our great service and
reasonable prices we will have to apply a late fee of
3% For all invoices that are 60 days overdue.

| | |
| --- | --- |
| **Subtotal** | $254.86 |
| **Sales Tax (8.875%)** | $22.62 |
| **Total** | $277.48 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $277.48 |



**ment al**
**ction**

# DEMAND FOR ACCESS NOTICE

### ACCESS REQUIRED TO PROPERTY:

| | | | |
|---|---|---|---|
| **ccount Number:** | 1000305761001 | **Borough:** 3 | **Block:** 2245 | **Lot:** 1 |

**ervice Address:**   419 MARCY AV  BROOKLYN NY 11206

**ate of this Notice:**   June 23, 2023

**Case ID:** C001841723

10000662-000445  445 1 AB 0.504 T4 <>



415-425 MARCY AVENUE LLC
4013 13TH AVE FL 2
BROOKLYN NY 11218-3501

ıılıılıılıllıılııılıllıılıılııllıılıllılılılılıllll

<div style="border:1px solid">

**YOUR RESPONSE REQUIRED**
**AS FOLLOWS:**

**ACCESS MUST BE PROVIDED**
**AND/OR FACILITATED BY**
July 8, 2023 TO AVOID A <u>$250</u>
<u>ACCOUNT ADMINISTRATION</u>
<u>FEE</u>

</div>

Dear 415-425 MARCY AVENUE LLC,

**The NYC Department of Environmental Protection (DEP) has been unable to reach you to schedule an appointment to gain access to inspect, repair and/or replace the water meter(s) and/or service line(s) at the above referenced Service Address.** DEP has jurisdiction over water meters in New York City and according to regulations promulgated by the New York City Water Board, has the right to gain access as a condition of providing water and wastewater services.

It is very important that we gain access immediately. **If you fail to respond to this DEMAND FOR ACCESS NOTICE by July 8, 2023, a $250 Denial of Access Account Administration Fee will be imposed on the account noted above.**

In addition, continued failure to provide access will subject each applicable service line(s) to **Attributed Consumption Charges,** which will result in you paying significantly higher water and wastewater rates for your service. DEP may also pursue any and all enforcement options available by property class, including but not limited to the inclusion of unpaid charges in a **Lien Sale** for failure to provide and/or facilitate access pursuant to New York City Water Board Regulation Number 3 – Denial of Access.

**To avoid <u>Denial of Access Charges</u>, provide access by calling DEP at (718) 595-7000, Monday through Friday from 9:00 AM to 6:00 PM.**

We appreciate your cooperation and prompt attention to this very important matter.

Sincerely,