*The Law Offices of Avrum J. Rosen*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
(631) 423-8527
arosen@ajrlawny.com

AVRUM J. ROSEN

------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

December 20, 2023

**BY CM/ECF ONLY**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    **425 Marcy Avenue LLC, 23-40118-ess**

Dear Judge Stong:

    I apologize for the late filing of this Status Report. Yesterday, in the press of other matters I forgot to file it. The status of the case is as follows:

    As a supplement to the filing I made last week, the Debtor has produced updated certificates of both building and liability insurance. Those documents are attached.

    The parties have engaged in further settlement negotiations and there is an offer outstanding to Ms. Blumenfeld's client. In the event the matter has not resolved the parties have agreed to a briefing schedule on a motion we will file to determine who controls the Debtor. We propose filing the motion by the middle of January with the response being due at the end of the first week in February and any reply by three days before the conference date on the motion. We are requesting that conference to be on either the 15th or 16th of February.

                                                      Very truly yours,

                                                      */s/ Avrum J. Rosen*
                                                      Avrum J. Rosen, Esq.

Enc.
cc:    All parties in interest via ECF



LGOTTLIEB

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 12/18/2023

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Stellar Insurance Brokerage Inc
1273 46th St Suite 107
Brooklyn, NY 11219

**Contact name: Leah Gottlieb**

**PHONE (A/C, No, Ext):** (718) 689-5600
**FAX (A/C, No):** (718) 689-5601
**E-MAIL ADDRESS:** info@stellarib.com

**COMPANY NAME AND ADDRESS**
Landmark American Insurance Company

**NAIC NO:** 33138

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**CODE:**            **SUB CODE:**
**AGENCY CUSTOMER ID #:** 425MARC-01

**POLICY TYPE**
Commercial Property

**NAMED INSURED AND ADDRESS**
425 Marcy Ave LLC
4013 13th Ave 2nd Floor
Brooklyn, NY 11218

**LOAN NUMBER**

**POLICY NUMBER:** LHD936542

**EFFECTIVE DATE:** 9/15/2023
**EXPIRATION DATE:** 9/15/2024

[ ] CONTINUED UNTIL TERMINATED IF CHECKED

**ADDITIONAL NAMED INSURED(S)**

**THIS REPLACES PRIOR EVIDENCE DATED:**

**PROPERTY INFORMATION**   (ACORD 101 may be attached if more space is required)   [X] BUILDING OR [X] BUSINESS PERSONAL PROPERTY

**LOCATION / DESCRIPTION**
Loc # 1, 415-425 Marcy Ave, Brooklyn, NY 11216, Vacant Building

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**    PERILS INSURED    [ ] BASIC    [ ] BROAD    [X] SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 12,208,922    DED: 25,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| [ ] BUSINESS INCOME   [ ] RENTAL VALUE | | X | | If YES, LIMIT:    [ ] Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | |
| LIMITED FUNGUS COVERAGE | | X | | If YES, LIMIT:    DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | X | | |
| COINSURANCE | | X | | If YES,    % |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT:    DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT:    DED: |
| - Demolition Costs | | X | | If YES, LIMIT:    DED: |
| - Incr. Cost of Construction | | X | | If YES, LIMIT:    DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT:    DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT:    DED: |
| WIND / HAIL INCL   [X] YES  [ ] NO  Subject to Different Provisions: | | X | | If YES, LIMIT:    DED: |
| NAMED STORM INCL   [X] YES  [ ] NO  Subject to Different Provisions: | | X | | If YES, LIMIT:    DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

[ ] CONTRACT OF SALE    [ ] LENDER'S LOSS PAYABLE    [X] LOSS PAYEE
[X] MORTGAGEE

**LENDER SERVICING AGENT NAME AND ADDRESS**

**NAME AND ADDRESS**
425 Marcy Holdco LLC
555 Madison Ave, 6th Floor
New York, NY 10022

**AUTHORIZED REPRESENTATIVE** *[signature]*

ACORD 28 (2016/03)                    © 2003-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

| | |
|---|---|
| AGENCY CUSTOMER ID: | 425MARC-01 |
| LOC #: | |

LGOTTLIEB

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

**AGENCY**
Stellar Insurance Brokerage Inc

**POLICY NUMBER**
LHD936542

**CARRIER**
Landmark American Insurance Company

**NAIC CODE**
33138

**NAMED INSURED**
425 Marcy Ave LLC
4013 13th Ave 2nd Floor
Brooklyn, NY 11218

**EFFECTIVE DATE:** 09/15/2023

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 28    FORM TITLE: EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**Special Conditions:**
$12,208,922 scheduled as follows:
Building - $11,158,922
Business Personal Property - $1,050,000

**Warrants:**
Video Surveillance monitored by Central Station.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

All pipes are fully drained or heat is continuously maintained above 55 degrees Fahrenheit during the entirety of the policy period.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Water Damage

All doors and windows are locked and secured or boarded.
Failure to maintain warranted condition shall result in the following Cause(s) of Loss being excluded: Fire, Theft, Vandalism

ACORD 101 (2008/01)                                                              © 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



| | | 425MARC-01 | LGOTTLIEB |
|---|---|---|---|
| | **CERTIFICATE OF LIABILITY INSURANCE** | | **DATE (MM/DD/YYYY)** 12/18/2023 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Stellar Insurance Brokerage Inc<br>1273 46th St Suite 107<br>Brooklyn, NY 11219 | CONTACT NAME: Leah Gottlieb | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): **(718) 689-5600 103** | FAX (A/C, No): | |
| | E-MAIL ADDRESS: **Leahg@stellarib.com** | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | INSURER A : **Century Surety Company** | | 36951 |
| INSURED<br>425 Marcy Ave LLC<br>4013 13th Ave 2nd Floor<br>Brooklyn, NY 11218 | INSURER B : **Nautilus Insurance Company** | | 17370 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X]<br>[ ] CLAIMS-MADE  [X] OCCUR | X | X | CCP-1199184 | 12/15/2023 | 12/15/2024 | EACH OCCURRENCE | $ **1,000,000** |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ **100,000** |
| | | | | | | | MED EXP (Any one person) | $ **5,000** |
| | | | | | | | PERSONAL & ADV INJURY | $ **1,000,000** |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY  [ ] PROJECT  [ ] LOC<br>[ ] OTHER: | | | | | | GENERAL AGGREGATE | $ **2,000,000** |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ **Included** |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY  [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS ONLY  [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | [ ] **UMBRELLA LIAB** [X] OCCUR<br>[X] **EXCESS LIAB**  [ ] CLAIMS-MADE | | X | AN1300623 | 12/15/2023 | 12/15/2024 | EACH OCCURRENCE | $ **5,000,000** |
| | | | | | | | AGGREGATE | $ **5,000,000** |
| | [ ] DED  [ ] RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] PER STATUTE  [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
**Certificate holder is included as additional insured. Subject to policy terms conditions and exclusions.**

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| 425 Marcy Holdco LLC<br>555 Madison Avenue, 6th Floor<br>New York, NY 10022 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>**AUTHORIZED REPRESENTATIVE**<br>*[signature]* |

**ACORD 25 (2016/03)**    © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD